## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JAMES MASON                                                          PETITIONER

v.                          No. 2:12-cv-37-DPM–JTK

T.C. OUTLAW, Warden, F.C.C. Forrest City                  RESPONDENT

### ORDER

Mason has filed a petition for a writ of habeas corpus, arguing that his

1999 Controlled Substances Act sentence was unlawfully enhanced when the

sentencing judge counted a five-month CSA sentence imposed in 1995 as a

prior felony drug conviction. Mason has objected to Magistrate Judge Jerome

T. Kearney's recommendation, *Document No. 11*, that the Court dismiss

Mason's petition. On *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts

Judge Kearney's well-reasoned opinion as its own Order.  A felony charge

begets a felony conviction even if the sentence imposed is less than one year.

If Mason's petition were properly before the Court, it would fail on the merits.

The petition is dismissed without prejudice.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_13 March 2013_