IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAMES MASON                                                              PETITIONER

v.                              No. 2:12-cv-37-DPM

T.C. OUTLAW, Warden, F.C.C. Forrest City                RESPONDENT

JUDGMENT

Mason's petition for a writ of habeas corpus is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

13 March 2013